## A97A0362. DANIELS et al. v. JOHNSON.
(514 SE2d 256)

ANDREWS, Judge.

In *Daniels v. Johnson*, 270 Ga. 289 (509 SE2d 41) (1998), the Supreme Court reversed this Court's judgment in *Daniels v. Johnson*, 226 Ga. App. 789 (487 SE2d 504) (1997). Therefore, our judgment in this appeal is vacated, and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, the judgment of the trial court is reversed.

*Judgment reversed. Beasley, P. J., and Smith, J., concur.*

DECIDED MARCH 18, 1999.

*Robert M. Beauchamp*, for appellants.

*Watson, Spence, Lowe & Chambless, John M. Stephenson*, for appellee.